Submitted on record and briefs January 22, conviction affirmed; remanded for resentencing February 10, 1993

STATE OF OREGON,
*Respondent,*

*v.*

CAROLYN SUE SIMONSON,
*Appellant.*

(M91-1057; CA A73957)

845 P2d 936

Sally L. Avera, Public Defender, and Alan H. Biedermann, Deputy Public Defender, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Jonathan H. Fussner, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Chief Judge, and Warren and Edmonds, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals her conviction for failure to send a child to school. ORS 339.020. The court sentenced her to 60 days incarceration, suspended execution of the sentence, and placed her on probation for two years. She contends that the sentence is unlawful, because the maximum incarceration is 30 days. The state concedes that the court erred. ORS 339.990.

Conviction affirmed; remanded for resentencing.